KATHY CIPOLLA       *       NO. 2019-CA-0509

VERSUS       *       COURT OF APPEAL

COX COMMUNICATIONS       *       FOURTH CIRCUIT
LOUISIANA, LLC, ABC
INSURANCE COMPANY, 1844,       *       STATE OF LOUISIANA
LLC AND XYZ INSURANCE
COMPANY       *

      *

\* \* \* \* \* \* \*

*DNA*

**ATKINS, J., CONCURS FOR THE REASONS ASSIGNED BY J. LEDET.**